**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 19, 2012

No. 11-51012
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MIGUEL ANGEL ZAMORA ALONZO, also known as Miguel Angel Zamora
Alonso,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:11-CR-1516-1

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Miguel Angel Zamora Alonzo has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Zamora Alonzo has not filed a response. We have reviewed counsel's
brief and the relevant portions of the record reflected therein. We concur with
counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.